UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA and
STATE OF CONNECTICUT,
*ex rel.* BRITTANY AMES MAHONEY,

    Plaintiffs.

    v.                                                                                                                         No. 3:15-cv-918(SRU)

COLUMBIA DENTAL PC;
COLUMBIA ORAL MAXILLOFACIAL IMAGING, L.L.C.;
ABBAS MOHAMMADI, D.D.S.

    Defendants.

## J U D G M E N T

    This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of motion for entry of judgment.

    The Court has reviewed all of the papers filed in conjunction with that motion and considered the full record of the case including applicable principles of law.   On September 9, 2020, the Court entered an order in favor of the United States of America against the defendants—Columbia Dental PC; Columbia Oral Maxillofacial Imaging, L.L.C.; and Abbas Mohammadi—jointly and severally in the amount of $300,000.   It is therefore;

    ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiffs against the defendants and the case is closed.

    Dated at Bridgeport, Connecticut, this 23d day of September 2020.

                                                                Robin D. Tabora, Clerk

                                                                By   /s/ Rochelle Jaiman

                                        Deputy Clerk

<u>ENTERED: 9/23/2020</u>